UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80067-CR-SMITH

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**MICHAEL ANTHONY HOOKS, JR.,**

        Defendant,
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 40)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Shaniek Mills Maynard ("Report," ECF No. 40), issued on October 3, 2023, recommending that the Defendant's Motion to Suppress Physical Evidence, ECF [18] be denied. The Defendant filed their Objection to the Report on October 23, 2023, ECF [46], the Government filed a Response to the Objections on November 3, 2023, ECF [47], and the Defendant filed its Reply to the Response on November 14, 2023, ECF [48]. The Court having reviewed, *de novo*, the Report of the Magistrate Judge, the aforementioned filings by the parties, and the record in its entirety, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (ECF No. 19) issued on October 3, 2023 is **AFFIRMED and ADOPTED**.

2. Defendant's Motion to Suppress Physical Evidence, ECF [18] is Denied.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of November, 2023.

_____
RODNEY SMITH
United States District Judge